WILLIAM S. STEPP, Appellant, v. TYNE-WILLEY, INC., Respondent. VIVIAN STEPP, Appellant, v. TYNE-WILLEY, INC., Respondent.— Appeal from an order denying a renewal of a motion to change the place of trial from Broome, the proper county, to Tioga county, for the convenience of witnesses. The latter is the county where the cause of action arose and where the greater number of witnesses reside. However, an action, arising from the same accident, has already been tried in Broome county, and two other such actions are now pending there. A joint trial of these and the other two actions will be more easily accomplished if the place of trial of all remain in one county. The plaintiff apparently accepted the original decision denying a similar application without active objection. This appears, as no appeal was taken from the order, and the cause was placed on the Broome calendar at the January, 1937, term, and preparation made for trial thereat. This amounted substantially to a waiver of the right to apply for change of place of trial. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

ABRAHAM LOUIS, Respondent, v. THE BALTIMORE AMERICAN INSURANCE COMPANY OF NEW YORK, Appellant. ABRAHAM LOUIS, Respondent, v. PHŒNIX ASSURANCE COMPANY, LTD., Appellant. ABRAHAM LOUIS, Respondent, v. SPRINGFIELD FIRE AND MARINE INSURANCE COMPANY, Appellant. ABRAHAM LOUIS, Respondent, v. WYOMING VALLEY FIRE INSURANCE COMPANY, Appellant. ABRAHAM LOUIS, Respondent, v. NEW HAMPSHIRE FIRE INSURANCE COMPANY, Appellant. ABRAHAM LOUIS, Respondent, v. THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONN., Appellant. ABRAHAM LOUIS, Respondent, v. NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, Appellant. ABRAHAM LOUIS, Respondent, v. NORTHWESTERN NATIONAL INSURANCE COMPANY, Appellant. — Separate appeals by the respective defendants from separate judgments in favor of plaintiff, entered in Cortland county, on the verdict of a jury in favor of plaintiff; also appeals from orders denying motions for new trial, the cases having been tried together. The actions are brought to recover under fire insurance policies by defendants to plaintiff, covering his stock of men's clothing. The loss claimed is for damage caused by smoke from a fire in stores located near the store of plaintiff. Defendants assert that the verdict is against the weight of evidence; that there is improper and insufficient proof of loss and damage; that plaintiff is barred from recovery because he presented a false and fraudulent claim. Judgments and orders unanimously affirmed, with one bill of costs to plaintiff. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.